# James A Hunter
### ATTORNEY AT LAW

**42 Stagecoach Road**
**Pipersville, Pennsylvania 18947**

TELEPHONE (484) 437-5935
FACSIMILE (646) 462-3356

January 11, 2023

**BY ECF**

The Honorable P. Kevin Castel
The U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Calenture, LLC et al. v. Pulte et al.*, No. 21-cv-402
             **Settlement and Stipulated Dismissal**

Dear Judge Castel:

      I write on Plaintiffs' behalf to inform the Court that the parties have signed a definitive agreement settling this case. Plaintiffs anticipate filing a stipulation of dismissal within the next four weeks and ask the Court to stay all deadlines and adjourn the conference currently scheduled for January 17, 2023 at 3 p.m.[1] Defendants consent to the request.

                                    Respectfully submitted,

                                      /s/ James A. Hunter

Copies by ECF:

All Counsel of Record

---

[1] By letter of November 30, 2022, Plaintiffs previously sought an adjournment of the conference to allow the parties to negotiate and draft a settlement agreement. Dkt. 50. The Court granted that request on December 1, 2022. Dkt. 51.