UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
Calenture, LLC, et al.,                                                :
                                                                       :
                          Plaintiff(s),                                :        21-cv-402 (PKC)
                                                                       :
        -v-                                                            :        ORDER OF DISMISSAL
                                                                       :
Karen J. Pulte, et al.,                                                :
                                                                       :
                          Defendant(s).                                :
                                                                       :
----------------------------------------------------------------------- X

CASTEL, U.S.D.J.:

   The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within **forty-five** days of the date of this Order if the settlement is not consummated.

   To be clear, any application to reopen **must** be filed **within forty-five days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same forty-five day period to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

   Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

   SO ORDERED.

                   _____
                       P. Kevin Castel
                     United States District Judge

Dated: New York, New York
    January 12, 2023